■ In the Matter of CITY OF SYRACUSE INDUSTRIAL DEVELOPMENT AGENCY, Appellant-Respondent, Relative to Acquiring Title to Real Property in the City of Syracuse for a Project Known as Carousel Landing. ALTERM, INC., et al., Respondents-Appellants. (Appeal No. 1.) [796 NYS2d 299]—Appeal and cross appeal from an order of the Supreme Court, Onondaga County (Charles T. Major, J.), entered September 29, 2003 in a proceeding pursuant to EDPL article 5. The order valued property acquired through condemnation for a redevelopment project.

It is hereby ordered that said appeal and cross appeal be and the same hereby are unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Pigott, Jr., P.J., Gorski, Smith, Pine and Lawton, JJ.

■ In the Matter of CITY OF SYRACUSE INDUSTRIAL DEVELOPMENT AGENCY, Appellant-Respondent, Relative to Acquiring Title to Real Property in the City of Syracuse for a Project Known as Carousel Landing. ALTERM, INC., et al., Respondents-Appellants. (Appeal No. 2.) [796 NYS2d 300]—Appeal and cross appeal from an order of the Supreme Court, Onondaga County (Charles T. Major, J.), entered February 4, 2004 in a proceeding pursuant to EDPL article 5. The order, among other things, granted the cross motion of petitioner to correct an arithmetic error in an order entered September 29, 2003.

It is hereby ordered that said appeal and cross appeal be and the same hereby are unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning Inc.*, 147 AD2d 977 [1989]). Present—Pigott, Jr., P.J., Gorski, Smith, Pine and Lawton, JJ.